

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY 10022.3298

# MEMO ENDORSED

Kelly M. Cardin
212.471.4420 direct
212.583.9600 main
347.745.3314 fax
kcardin@littler.com

August 16, 2024

**VIA ECF**

The redactions, to the extent they are not opposed by Plaintiff, are approved.

SO ORDERED

*[signature]*

Dated: September 3, 2024

The Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re:    *Heather Weddle v. CFA Institute*
       Case No. 7:24-cv-05308 (KMK)

Dear Judge Karas:

    We represent Defendant CFA Institute in the above-referenced matter. We write in accordance with Your Honor's Individual Rules of Practice to respectfully request that Plaintiff's submission to the Court on August 14, 2024 (ECF 8) be redacted or filed under seal. On August 14, 2024, Plaintiff (who is proceeding pro se) filed an Opposition to Defendant's request for an extension of time to respond to the Complaint. As part of her Opposition, Plaintiff attached email correspondence between Defendant's in-house counsel and her attorneys regarding confidential settlement negotiations and offers. *See* ECF 8, Exhibit A. Defendant respectfully requests that such communication be restricted from public viewing. *See Anderson v. Gm Motors & Shareholders*, 21-cv-1006 (JMF)(JLC) (S.D.N.Y. May 13, 2021) ("It is well settled that the confidentiality of settlement negotiations outweighs the presumption of public access in most cases"); *New Eng. Life Ins. Co. v. Doerr*, 21-CV-11037 (PMH) (S.D.N.Y. Aug. 21, 2023) (ordering that Defendants papers, which contain sensitive information related to settlement, be filed under seal and restricted from public viewing). Defendant's proposed redacted filing is attached hereto as Exhibit A.

    We appreciate your time and consideration.

Respectfully submitted,

*/s/ Kelly M. Cardin*

Kelly M. Cardin

littler.com