```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HEATHER WEDDLE,

                Plaintiff,

       -v-

CFA INSTITUTE,

                Defendant.

**ORDER**

24-CV-5308 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The parties submitted a joint Case Report and Proposed Case Management Plan on October 25, 2024. ECF No. 18. The parties and the Court having conferred, the Court sets the following deadlines in accordance with Fed. R. Civ. P. 16:

All discovery must be completed by **March 28, 2025**.

    a. <u>Initial Requests for Documents</u> must be made by **November 26, 2024**. Given the holidays, responses and objections will be due 45 days thereafter on **January 10, 2025**, with the understanding that responsive documents will be produced at that time or soon thereafter.

    b. <u>Depositions</u> shall be completed by **March 28, 2025**.

        i. Neither party may take more than **4** depositions. Absent an agreement between the parties or an order from the Court, non-party depositions shall follow initial party depositions.

1

    c. <u>Documents from Third Parties</u> (such as health care providers) will be required. Defendant will request these documents from Plaintiff's medical provider upon receipt of a signed HIPAA Authorization.

        i. Subpoenas requesting documents from Third Parties must be served by **December 31, 2024**. Any party that receives a production from a Third Party must provide a copy of that production to all other parties in this action.

    d. At this time, the parties do not anticipate that expert testimony will be required in this case.

The parties shall file a joint status letter no later than 5 business days after the end of discovery. The letter should address (i) whether either party intends to file a pre-trial motion, and (ii) whether the parties would like a settlement conference or to be referred to the court mediation program.

**SO ORDERED.**

Dated: October 29, 2024
      New York, New York

Henry J. Ricardo
United States Magistrate Judge