

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/2025

May 20, 2025

**VIA ECF**

Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

**Re:** *Heather Weddle v. CFA Institute;* 1:24-cv-05308 (AT) (HJR)

Dear Judge Torres:

We represent CFA Institute in the above-referenced action. We submit this letter to respectfully request a one-week extension of time for Defendant to serve Plaintiff with a copy of its Statement of Material Facts, and for Plaintiff to respond to Defendant's Statement of Material Facts. The original deadline for Defendant to serve Plaintiff with a copy of its Statement of Material Facts under Local Civil Rule 56.1 is May 21, 2025, and the original deadline for Plaintiff to respond is June 23, 2025. Defendant needs this additional time to execute the declarations supporting its Statement of Material Facts. This is Defendant's first request, and Plaintiff consents to this extension.

The parties respectfully request that the Court grant the following revised briefing schedule:

- **May 28, 2025** – Defendant's deadline to serve Plaintiff with a copy of its Statement of Material Facts under Local Civil Rule 56.1 in accordance with Judge Torres' Individual Practices.

- **June 30, 2025** – Plaintiff's deadline to respond to Defendant's Statement of Material Facts in accordance with Judge Torres' Individual Practices.

- **July 2, 2025** - Defendant's deadline to submit a pre-motion letter informing the Court of the basis of its anticipated motion for summary judgment with Plaintiff's response to the Rule 56.1 Statement in accordance with Judge Torres' Individual Practices.

We thank the Court for its attention and consideration.

Hon. Analisa Torres
May 20, 2025
Page 2

Respectfully submitted,

*/s/ Kelly M. Cardin*

Kelly M. Cardin

cc:   Heather Weddle (via ECF)

## MEMO ENDORSEMENT

Defendant's request for an extension of the briefing schedule, on consent, is GRANTED.

The parties' proposed schedule is approved, with the following revision:

- May 28, 2025:  Defendant's deadline to serve Plaintiff with a copy of its Rule 56.1 Statement of Material Facts;

- June 30, 2025:  Plaintiff's deadline to respond to Defendant's Statement of Material Facts;

- July 2, 2025:  Defendant's deadline to submit its pre-motion letter informing the Court of the basis of its anticipated motion for summary judgment;

- July 11, 2025:  Plaintiff's deadline to oppose Defendant's pre-motion letter.

Any future request for an extension of time must be made at least three days before the deadline.

SO ORDERED.

Dated: May 21, 2025
       New York, New York

Henry J. Ricardo
United States Magistrate Judge