**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

HEATHER WEDDLE,

Plaintiff,

-against-

CFA INSTITUTE,

Defendant.

-----------------------------------------------------------------X

24 **CIVIL** 5308 (AT) (HJR)

**<u>JUDGMENT</u>**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 1, 2026, the Court OVERRULES Weddle's objections, ADOPTS the R&R, with the clarification stated above, and GRANTS CFA's motion for summary judgment. This action is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
September 4, 2026

**TAMMI M. HELLWIG**

______________________________
**Clerk of Court**

**BY:** ______________________________
**Deputy Clerk**